# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 10/25/10
Lastname-SS#: Murry-8033

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Lee Co./CPI/Terminix | 3 | Tax/Executory Contracts |
| | Palace View South | 4 | TimeShare |
| | Palace View South | 5 | TimeShare POA |
| | Wells Fargo Home Mtg | 12 | House & Lot: |
| | Sedgemoor Property Owners | 10 | House & Lot: HOA |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Lee Co./CPI/Terminix | 3 | | ** |
| | Palace View South | 4 | | ** |
| | Palace View South | 5 | | ** |
| | Wells Fargo Home Mtg | 12 | | ** |
| | Sedgemoor Property Owners | 10 | | ** |
| | NONE | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| NONE | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NONE | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Commerce Bank | 1 | $6,660 | 5.00 | $67 | $131.76 | 2008 Tracker Marine Pro Boat |
| | Patelco Credit Union | 6/7/8/9 | $13,275 | 5.00 | $133 | $262.62 | All liens on 2003 Toyota Sequoi |
| | Ford Motor | 2 | $17,392 | 5.25 | $174 | $346.07 | 2007 Ford Edge SEL |
| | Toyota Financial | 11 | $13,657 | 5.00 | $137 | $270.18 | 2007 Toyota Camry SE |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NONE | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,790 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $9,635 |
| State Taxes | |
| Personal Property Taxes | $58 |
| Alimony or Child Support Arrearage | |
| **CO-SIGN PROTECT (Pay 100%)** | Int.% / Payoff Amt |
| All Co-Sign Protect Debts (See*) | |
| **GENERAL NON-PRIORITY UNSECURED** | **Amount**** |
| DMI= $271 | $16,260 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,530** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **1.94** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE        (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10)  © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate