C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81984 C-13D |
| LaShondra M. Murry | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On April 26, 2011, a hearing was held on Objection by Ford Motor Credit Company ("FMCC") and the Standing Trustee to confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Pamela P. Keenan, Esq. appeared on behalf of FMCC; and, Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objections and having heard and considered the statements counsel and the attorney for the Trustee, finds that the Objections should be sustained; therefore, it is ORDERED:

1. The Objections by FMCC and the Trustee to confirmation of the Debtor's proposed plan are sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from April 26, 2011, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81984 C-13D**

LaShondra M. Murry
3251 Bristol St.
Sanford, NC  27332

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Pamela P. Keenan, Esq.
PO Box 19766
Raleigh, NC  27619